IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

Napoleon Hartsfield      Case No. 4:01-CV-807
-vs-
Nurse Janice Colburn; Sheriff      **AMENDED COMPLA.**
Conord; Capt. McGregor; Lt.       **TO ADD PARTIES**
Brundies; Doctor Lugwig;
Sued in their individual and official
Capacities,
Defendants

**FILED**
JAN 2 3 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## INTRODUCTION

This is a 42 USC 1983 complaint filed by a pretrial detainee held in the Scott county Jail. This complaint alleges that the defendants was deliberately indifferent to the plaintiff's serious dental/medical needs under the Eighth Amendment by their failure to have plaintiff sent to the dentist causing the plaintiff pain and to develope an infection in his mouth because of the long delay. Also Defendant Nurse Janice Colburn retalitory actions of delaying and denying plaintiff needed treatment because I threatend to sue her.

## Parties

1. Plaintiff is Mr. Napolean Hartsfield a pretrial detainee at the Scott county Jail 416 W. 4th St Davenport IA 52801.

2. Defendant Nurse Janice Colburn is a nurse and is employeed at the Scott county Jail 416 W. 4th Davenport IA

5)

3. Defendant Sheriff Conard is employed as the Sheriff at the scott county Jail 416 W 4th St Davenport IA 52801.

4. Defendant Doctor Lugwig is employed as the Docto at the scott county Jail 416 W 4th St Davenport IA 52801.

5. Defendant Capt. McGregor is employeed as the capt., at the scott county Jail 416 W 4th St Davenport IA 52801.

6. Defendant Lt. Brundies is employeed as the Lt. at the scott county Jail 416 W 4th St Davenport IA 52801.

## JURISDICTION

7. This is a 42 USCS 1983 suit Jurisdiction is alleged and based upon 28 USCS 1343. Plaintiff's diveristy of Jurisdiction claim is under Federal law as to his state claims and plaintiff invokes the supplimental Jurisdiction of this court.

All of the defendants acted under the color of state law during the acts complained of in this complaint. Plaintiff has filed grievances on November 28, 2001 concerning the issues herein.

## STATEMENT OF FACTS

8 On or about October 20, 2001 plaintiff wrote a medical request kite in order to be examined by Defendants Janice Colburn and Doctor Lugwig for his tooth ache which I was in very severe pain as three of my teeth were loosend. This accured while I was housed in cell 4C2.

9. From October through December 2001 plaintiff continued to complain to Nurse Janice Colburn about his toothache and the pain I was experiencing from said toothache to no avail. Plaintiff was either ignored or told he would be seen by the doctor, or told to stop complaining/bitching.

10. Plaintiff had his girlfriend Ms. Sandra Johnson call up to the Scott county jail in order for some one to provide to me dential treatment as my teeth were hurting me bad nothing was never done. Plaintiff didn't receive treatment, nor pain medication nor did I see a dentist until December 5, 2001 even though I was in pain.

11. Plaintiff wrote a grievance on November 28, 2001 on Defendant Janice Colburn and only then was the plaintiff scheduled for a dentist appointment.

12. On December 5, 2001 the plaintiff was transported to the Mississippi Valley oral & Maxillofacial Surgery P.C., to get his teeth pulled by the dentist.

13. While plaintiff was being examined by the dentist at Mississippi Valley he told me that I had a bad infection in my mouth caused from the long delay in seeing a dentist.

14. Plaintiff had (3) three teeth pulled and the dentist gave plaintiff a prescription of antibiotics and 800 mg's of ibuprofen for the infection and pain in my mouth due

to defendant's delay in treatment

15. Plaintiff is still in severe pain because of the infection caused by the defendant's delibrate indifferance to plaintiff's serious medical needs.

16 Defendants Canard; McGregor; Lt. Brandies; Docto Lugwig and nurse Colburn who reviewed the plaintiff's Nov 28, 2001 grievance has a policy, practice, custom an pattern or personally authrizing, and is very much aware of not allowing plaintiff/pretrial Detainees at the Scot County Jail to not be seen by an outside doctor(s)/or dentist(s) ect; budging at the expense of the pretrial detainees/plaintiff who have serious medical needs and problems and server pains while housed at the jail.

## RELIEF REQUESTED

A. Plaintiff request that this court issue an injunction against the defendants ordering them not to delay or deny nor interfer with any of plaintiffs medical dental treatment.

B. Issue a declaratory Judgement that the defendants violated plaintiffs Constitutional rights and state law rights

C. Plaintiff request this court order the defendants in their individual and official Capacities to pay to plaintiff $30.00 thirty thousand dollars for the pain and suffering and any other damages.

D. Plaintiff request punitive damages of $50,000 fifty thousand dollars against all of the defendants for their deliberate intentional plan to deny, delay medical treatment that the plaintiff needed.

Plaintiff request this Court order defendants to pay damages or any other relief it deems to be just and proper.

I declare under the penalty of perjury that the foregoing is true and correct.

Napoleon ~~Holt~~
Scott County Jail
416 W 4th St
Davenport IA 52801

January 2, 2002